1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANICE HILL, | ) | CASE NO.: 2:07-cv-02386-JAM-EFB |
| Plaintiff, | ) ) ) | **ORDER GRANTING TRANSFER OF VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA** |
| vs. | ) ) | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | [Filed concurrently with the Parties' Stipulation] |
| Defendant. | ) ) ) | Complaint Filed:   December 6, 2007 |

c:\documents and settings\hvine\desktop\07cv2386.o.522.doc

**BARGER & WOLEN** LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

[PROPOSED] ORDER GRANTING TRANSFER OF VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA
CASE NO.: 2:07-cv-02386-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

-1-

1  Pursuant to Plaintiff Janice Hill and Defendant UNUM Life Insurance Company of
2  America's ("UNUM") Stipulation to Transfer Venue to the Central District of California, and good
3  cause appearing therefor, IT IS HEREBY ORDERED that this action be transferred to the Central
4  District of California.

7  Dated: May 22, 2008

/s/ John A. Mendez
_____
HON. JOHN A. MENDEZ JUDGE,
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
CALIFORNIA

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-
[PROPOSED] ORDER GRANTING TRANSFER OF VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA
CASE NO.: 2:07-cv-02386-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com