NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JANICE HILL,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | **CASE NO.: EDCV08-1102 SGL (AGRx)**<br><br>(Hon. Stephen G. Larson)<br><br>**JUDGMENT**<br><br>Complaint Filed: December 6, 2007 |

    This action came before this Court, the Honorable Stephen G. Larson, District Judge presiding, on cross-motions concerning the issue of ERISA preemption of all claims asserted in Plaintiff Janice Hill's ("Plaintiff") First Amended Complaint. The Court decided the issue of ERISA preemption by its Order dated August 20, 2009, ruling that the evidence demonstrated that all of Plaintiff's claims for relief presented in her First Amended Complaint, each of which was based on state law, were preempted by ERISA. Thus, the Court granted Defendant Unum Life Insurance Company of America ("Unum")'s motion. The Court's August 20, 2009 Order

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

o:\ecf ready\08-01102 hill v. unum life   proposed judgment.doc

granted Plaintiff leave of thirty days to file an amended complaint to assert claims based on ERISA.

Plaintiff did not file an amended complaint to state claims for relief based on ERISA (or at all).  Thus, in accordance with Federal Rule of Civil Procedure 41(b), on October 1, 2009, the Court issued an order dismissing the case with prejudice for Plaintiff's failure to comply with the Court's August 20, 2009 Order.

Accordingly, having dismissed the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(b), IT IS ORDERED AND ADJUDICATED that judgment is hereby entered in favor of Defendant Unum.

DATED  October 09, 2009

THE HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:
Martin E. Rosen (108998),
mrosen@barwol.com
Vivian I. Orlando (213833),
vorlando@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399
Attorneys for Defendant
Unum Life Insurance Company of America